UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RODRICK BETZ (#116398)                                    CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                                     NO. 22-00162-BAJ-SDJ

RULING AND ORDER

This *pro se* action asserts a violation of constitutional rights resulting from Plaintiff's overdetention while he was confined at the Louisiana State Penitentiary (LSP). Plaintiff alleges that Department of Corrections (DOC) Secretary James LeBlanc, LSP Warden Tim Hooper, and LSP Records Department employee Tyreka Hardy[1] unlawfully incarcerated him for 8 months past his designated release date. (Doc. 1 at p. 4). Plaintiff contends that Defendants' actions violated his civil rights and constituted cruel and unusual punishment because, among other things, he did not receive medical treatment for his chronic illnesses during his overdetention. (*See id.*). Plaintiff seeks damages of $1,000 per day for each day of his unlawful overdetention. (*See id.* at p. 5).

Now before the Court is a **Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Dismissal for Failure to State a Claim Upon Which Relief Can Be Granted (Doc. 14)** by Secretary LeBlanc and Warden Hooper, and a response by Plaintiff styled **Motion to Counter Dismissal (Doc. 16)**. Secretary

---

[1] As noted by the Magistrate Judge, Plaintiff has failed to timely serve Hardy (*See* Doc. 9). Accordingly, pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff's claims against Hardy will be dismissed without prejudice.

LeBlanc and Warden Hooper raise multiple defenses to Plaintiff's claims. First, they contend that Plaintiff's official capacity claims seeking monetary damages are barred by Eleventh Amendment immunity. (*See* Doc. 14-1 at pp. 2–4). Second, Secretary LeBlanc and Warden Hooper argue that they are entitled to qualified immunity in connection with Plaintiff's remaining claims against them. (*See id.* at pp. 4–8). In Plaintiff's response, he asks the Court to deny Secretary LeBlanc and Warden Hooper's Motion. (*See* Doc. 16).

The Magistrate Judge has issued a **Report and Recommendation (Doc. 19, "R&R")**, recommending that Secretary LeBlanc and Warden Hooper's Motion be granted in part, and that Plaintiff's official capacity claims for monetary damages be dismissed with prejudice. (*See* Doc. 19 at p. 8). In all other respects, the R&R recommends that Secretary LeBlanc and Warden Hooper's Motion be denied, without prejudice to refiling. (*See id.*). Finally, the R&R recommends that Plaintiff be given 21 days to amend his Complaint to allege facts tending to show deliberate indifference on the part of Secretary LeBlanc and Warden Hooper as to his overdetention. (*See id.*). None of the Parties object to the R&R.

Upon de novo review, and having carefully considered Plaintiff's Complaint, the Parties' Motions, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

2

**IT IS ORDERED** that Secretary LeBlanc and Warden Hooper's **Motion to Dismiss for Lack of Subject Matter Jurisdiction and for Dismissal for Failure to State a Claim Upon Which Relief Can Be Granted (Doc. 14)** be and is hereby **GRANTED IN PART**.

**IT IS FURTHER ORDERED** and that Plaintiff's official capacity claims for monetary damages be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Tyreka Hardy be and are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that in all other respects, Defendants' Motion to Dismiss be and is hereby **DENIED,** without prejudice to refiling. Plaintiff is granted a period of 21 days from the entry of this order to amend his Complaint.

**IT IS FURTHER ORDERED** that Plaintiff's **Motion to Counter Dismissal (Doc. 16)** is **DENIED**.

**IT IS FURTHER ORDERED** that this matter be and is hereby referred back to the Magistrate Judge for further proceedings consistent with this Order.

Baton Rouge, Louisiana, this 13th day of April, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA