UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RODRICK S. BETZ                                      CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                       NO. 22-00162-BAJ-SDJ

### ORDER

Considering the United States Court of Appeals for the Fifth Circuit's dismissal of Defendant's appeal (Doc. 48),

**IT IS ORDERED** that this matter be and is hereby immediately **REFERRED** to the Magistrate Judge for the issuance of a Scheduling Order to proceed with litigation of the above-captioned matter.

Baton Rouge, Louisiana, this 8th day of April, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA