## Motion To Compel

Plaintiff Oppose The Answer To Amended Complaint; The Amended Complaint Answer is incomplete/non voidable

In the Amended Complaint, Plaintiff alleges that he was held in prison for 8 months 2 days beyond his legal release date that violated in Due Process of Law, his Due Process of Law.

Defended pleded to Dismiss his Appeal should make Opposition non-voidable in everything asked for.

Plaintiff have a Due Process Right to Compel motions/writ and Compel a answer.

## Conclusion

Plaintiff request favor and Order the Courts to Answer all Plaintiff Petitions

*Rodrick S. Betz*

Rodrick,
EBR Parish Prison F-6
2867 Gen. Issac Smith Ave
Baton Rouge, La 70807

  

U.S. Middle District Court
Clerk of Court
777 Florida St
Baton Rouge, La 70801

SCREENED
OK
U.S. MARSHAL