UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODRICK S. BETZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-162-BAJ-SDJ** |
| **JAMES LEBLANC, ET AL.** | |

**ORDER**

Before the Court are Plaintiff's Motions to Compel (R. Docs. 52 and 59). In his first Motion (R. Doc. 52), Plaintiff does not identify any outstanding discovery for which he seeks to compel a response. As such, the Motion will be denied.

In his second Motion (R. Doc. 59), Plaintiff seeks to compel an Answer to his Amended Complaint. A review of the record reveals that Plaintiff filed an Amended Complaint on April 11, 2025, and an Answer was filed on April 28, 2025. *See* R. Docs. 53 and 56. Therefore, the Motion is moot. Accordingly,

**IT IS ORDERED** that Plaintiff's first Motion to Compel (R. Doc. 52) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's second Motion to Compel (R. Doc. 59) is **DENIED AS MOOT**.

Signed in Baton Rouge, Louisiana, on May 29, 2025.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**