UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RODRICK S. BETZ                                                       CIVIL ACTION

VERSUS

JAMES LEBLANC, ET AL.                                         NO. 22-00162-BAJ-SDJ

ORDER

Before the Court is Defendants' **Motion To Stay (Doc. 63, the "Motion")**, representing that two purported class actions bringing the same claims as those brought by Plaintiff in this action, and with unresolved motions for class certification, are currently pending in this Court. *See Humphrey v. LeBlanc*, Docket No. 20 - cv - 00233 - JWD - SDJ at Doc. 104; *Giroir v. LeBlanc*, Docket No. 21 - cv - 00108 - JWD - SDJ at Doc. 25. Thus, Defendants ask the Court to stay the above-captioned matter pending the resolution of the class certification motions in *Humphrey* and *Giroir*. Plaintiff did not oppose the Motion.

Accordingly,

**IT IS ORDERED** that the **Motion (Doc. 63)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **STAYED** and **ADMINISTRATIVELY CLOSED** pending the resolution of the class certification motions referenced herein.

**IT IS FURTHER ORDERED** that the Parties shall file a Joint Status Report on or before Friday, October 31, 2025, regarding the status of the class certification motions, and every 45 days thereafter until its resolution.

Baton Rouge, Louisiana, this 16th day of September, 2025

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**