# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RODRICK S. BETZ**                                                          **CIVIL ACTION**

**VERSUS**                                                                         **NO. 22-162-BAJ-SDJ**

**JAMES LEBLANC, ET AL.**
                                                  **ORDER**

On September 17, 2025, this matter was stayed and administratively closed pending resolution of the class certification in *Humphrey v. LeBlanc* and *Giroir v. Leblanc*. The parties were ordered to file a status report every 45 days until the class certification has been resolved. The most recent Status Report filed December 22, 2025[1], indicates that the ruling granting the class certification is now on appeal, and review of the appellate docket reflects that the matter is still pending on appeal. *See* R. Doc. 70. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (R. Doc. 65) is **DENIED**, without prejudice to refiling the motion when the stay is lifted.

Signed in Baton Rouge, Louisiana, on April 6, 2026.

_____

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Another Status Report was due on February 5, 2026, but was not filed by either party. A review of the appellate record reveals that Appellee had until April 6, 2026, to file his brief. Once all briefing is complete, it is unknown how long it will be before the appeal is resolved.